**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Roberto DUARTE–CRUZ, a.k.a.
Roberto Castro, Defendant–
Appellant.**

No. 06–30339.

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007 *.

Filed June 14, 2007.

Katherine Jill Bolton, Esq., USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

James E. Egan, Esq., Kennewick, WA, for Defendant–Appellant.

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Roberto Duarte–Cruz appeals from the 120–month sentence imposed upon re-sentencing, following his jury-trial conviction for conspiracy to distribute a controlled substance, in violation of 21 U.S.C. § 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Duarte–Cruz contends that the district court erred in calculating his advisory United States Sentencing Guidelines base offense level by attributing to him a quantity of methamphetamine that was not supported by the jury's verdict. We decline to consider this contention under the law of the case doctrine. *See United States v. Scrivner,* 189 F.3d 825, 827 (9th Cir.1999).

Furthermore, we reject Duarte–Cruz's contention that mandatory minimum sentences are unconstitutional in light of *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and the doctrine of separation of powers. *See United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005) ("*Booker* does not bear on mandatory minimums."); *United States v. Linn,* 880 F.2d 209, 217 (9th Cir.1989)

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(mandatory minimum sentences do not violate separation of powers doctrine).

**AFFIRMED.**

----

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.